OPINION — AG — ** SCHOOL BOARD — SALE OF BONDS ** THIS OPINION DEALS WITH ANALYZING 70 O.S. 15-15 [70-15-15] (INVESTMENT PROCEEDS OF THE SALE OF BONDS IN " REDEEMABLE UNITED STATES BONDS, SUCH FUNDS COULD NOT BE USED FOR THE PURPOSE FOR WHICH THEY WERE VOTED " ON ACCOUNT OF CONDITIONS EXISTING DURING WAR EMERGENCY ", CERTIFICATES SINKING FUND, INVESTMENTS) CITE: 62 O.S. 541 [62-541], 62 O.S. 348.1 [62-348.1] (J. H. JOHNSON)